439 A.2d 206

Pamela M. CHILLAS, Appellant,

v.

CONESTOGA VALLEY SCHOOL DISTRICT

and

Educators Mutual Life Insurance Company.

Superior Court of Pennsylvania.

Argued Dec. 5, 1980.

Filed Jan. 5, 1982.

Stephen M. Kraybill, Lancaster, for appellant.

Dale E. Lapp, Lancaster, for Conestoga, appellee.

Christopher S. Underhill, Lancaster, for Educators, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

PER CURIAM:

Inasmuch as judgment has not been entered on the docket in the lower court, we cannot entertain this appeal at this time. Pa.R.A.P. 301(a).

Appeal quashed.